1842.

ANONYMOUS.

Robinson
v.
Meigs.

The complainant in a partition suit must wait the twenty days allowed to an infant defendant to appear, before he can apply to have the register or clerk appointed as the guardian ad litem for the infant.

THIS was an application by the complainant in a parti- November 23. tion suit to have the register appointed the guardian ad litem for one of the defendants who was an infant ; but twenty days had not elapsed since the return day of the subpœna.

*S. H. Hammond,* for the complainant.

THE CHANCELLOR said the application was premature ; that the infant was allowed twenty days after the return day of the subpœna to appear, during which time he had a right to apply and obtain the appointment of a guardian ad litem for himself ; and the complainant therefore must wait the twenty days before he made an application to have the register or a clerk appointed as guardian to appear and defend the suit for the infant defendant.